JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIA MONGE, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., a Corporation; MELISSA WHITE, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-03412-ODW (AGRx)<br><br>**ORDER RE STIPULATION TO REMAND REMOVED ACTION TO LOS ANGELES SUPERIOR COURT**<br><br>[LASC Court Case No 20STCV44953]<br><br>Action Filed: November 23. 2020 |

# **ORDER**

Pursuant to the Parties' May 11, 2021 Stipulation to Remand Removed Action to Los Angeles Superior Court, and for good cause appearing, this matter is hereby **REMANDED** to the Superior Court of the State of California, County of Los Angeles, Stanley Mosk Courthouse, 111 N. Hill St., Los Angeles, California, 90014 (Case no. 20STCV44953).

All dates and deadlines in this action are **VACATED**. The Clerk of Court shall close this case.

IT IS SO ORDERED.

DATED: May _11, 2021

Otis D. Wright, II
United States District Judge